Kevin A. James, SBN 285302
Becker & Runkle
263 Main Street, Level 2
Placerville, CA 95667
Email: kevin@kajameslaw.com
Telephone: (530) 295-6400
Fax: (530) 295-6408

*Attorneys for Plaintiff*
JAMES CARR


Laura K. Christa, SBN 97319
CHRISTA & JACKSON
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
E-mail: lchrista@christalaw.com
Telephone: (310) 282-8040
*Attorneys for Defendants*
AUTONATION, Inc.
JEFFREY DAVIS
WAYNE HUIZENGA

*[continued on next page]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARR, an individual,<br>　　　　　　　Plaintiff,<br>　vs.<br><br>AUTONATION, INC., a Delaware corporation;<br>JEFFREY DAVIS, an individual;<br>WAYNE HUIZENGA, an individual;<br>LKQ CORPORATION, a Delaware corporation; and DOES 1-25,<br>　　　　　　　Defendants. | Case No. 2:17-cv-01539-JAM-AC<br><br>**ORDER RE PARTIES' SECOND JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Melissa A. Jones, SBN 205576
Matthew Struhar, SBN 293973
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
E-mail: melissa.jones@stoel.com
E-mail: matt.struhar@stoel.com
Telephone: (916) 447-4700
*Attorneys for Defendants*
AUTONATION, Inc.
JEFFREY DAVIS
WAYNE HUIZENGA

Lonnie D. Giamela, SBN 228435
FISHER & PHILLIPS, LLP
444 South Flower Street, Suite 1500
Los Angeles, CA 90071
E-mail: lgiamela@fisherphillips.com
Telephone: (213) 330-4454
*Attorneys for Defendant*
LKQ CORPORATION

**[PROPOSED] ORDER RE SECOND JOINT STIPULATION
TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

1     IT IS HEREBY ORDERED THAT Defendants' deadline to respond to
2 Plaintiff Carr's Complaint is extended by 21 days and Defendants' new response
3 deadline is September 12, 2017.

5 DATED: 8/17/2017            /s/ John A. Mendez
                                         HON. JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER RE SECOND JOINT STIPULATION
TO EXTEND DEADLINE TO RESPOND TO COMPLAINT