Kevin A. James, SBN 285302
Becker & Runkle
263 Main Street, Level 2
Placerville, CA 95667
Email: kevin@kajameslaw.com
Telephone: (530) 295-6400
Fax: (530) 295-6408
*Attorneys for Plaintiff*
JAMES CARR

Laura K. Christa, SBN 97319
CHRISTA & JACKSON
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
E-mail: lchrista@christalaw.com
Telephone: (310) 282-8040
*Attorneys for Defendants*
AUTONATION, Inc.
JEFFREY DAVIS
WAYNE HUIZENGA

*[continued on next page]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARR, an individual,<br>　　　　　　　Plaintiff,<br>　vs.<br>AUTONATION, INC., a Delaware corporation;<br>JEFFREY DAVIS, an individual;<br>WAYNE HUIZENGA, an individual;<br>LKQ CORPORATION, a Delaware corporation; and DOES 1-25,<br>　　　　　　　Defendants. | Case No. 2:17-cv-01539-JAM-AC<br><br>**ORDER RE PARTIES' THIRD JOINT STIPULATION TO EXTEND BY THREE DAYS DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT DUE TO HURRICANE CONDITIONS IN MIAMI AREA** |

Melissa A. Jones, SBN 205576
Matthew Struhar, SBN 293973
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
E-mail: melissa.jones@stoel.com
E-mail: matt.struhar@stoel.com
Telephone: (916) 447-4700
*Attorneys for Defendants*
AUTONATION, Inc.
JEFFREY DAVIS
WAYNE HUIZENGA

Lonnie D. Giamela, SBN 228435
FISHER & PHILLIPS, LLP
444 South Flower Street, Suite 1500
Los Angeles, CA 90071
E-mail: lgiamela@fisherphillips.com
Telephone: (213) 330-4454
*Attorneys for Defendant*
LKQ CORPORATION

| | |
|---|---|
| 1 |     IT IS HEREBY ORDERED THAT Defendants' deadline to respond to |
| 2 | Plaintiff Carr's Complaint is extended by three days due to hurricane conditions in |
| 3 | the Miama area where some Defendants and their counsel reside. Defendants' new |
| 4 | response deadline is September 15, 2017. |
| 5 | |
| 6 | DATED: 9/7/2017          /s/ John A. Mendez |
| 7 |                                              HON. JOHN A. MENDEZ<br>                                             UNITED STATES DISTRICT COURT JUDGE |