Kevin A. James, SBN 285302
Becker & Runkle
263 Main Street, Level 2
Placerville, CA 95667
Email: kevin@kajameslaw.com
Telephone: (530) 295-6400
Fax: (530) 295-6408
*Attorneys for Plaintiff*
JAMES CARR


Laura K. Christa, SBN 97319
CHRISTA & JACKSON
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
E-mail: lchrista@christalaw.com
Telephone:  (310) 282-8040
*Attorneys for Defendants*
AUTONATION, Inc.
JEFFREY DAVIS
WAYNE HUIZENGA

*[continued on next page]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARR, an individual,<br>      Plaintiff,<br>vs.<br>AUTONATION, INC., a Delaware corporation;<br>JEFFREY DAVIS, an individual;<br>WAYNE HUIZENGA, an individual;<br>LKQ CORPORATION, a Delaware corporation; and DOES 1-25,<br>      Defendants. | Case No. 2:17-cv-01539-JAM-AC<br><br>**ORDER RE PARTIES' FOURTH JOINT STIPULATION TO EXTEND FOR FIVE DAYS, UNTIL SEPTEMBER 20, 2017, DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT DUE TO CONTINUED EFFECTS OF HURRICANE DAMAGE** |

**[PROPOSED] ORDER RE FOURTH JOINT STIPULATION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT**

1  Joel W. Rice, *pro hac vice*
2  FISHER & PHILLIPS, LLP
   10 S. Wacker Drive, Suite 3450
3  Chicago, IL  60606
4  E-mail: jrice@fisherphillips.com
   Telephone:  (312) 346-8061
5  *Attorneys for Defendant*
6  LKQ CORPORATION

7  Stanley H. Wakshlag
8  KENNY NACHWALTER, P.A.
   Four Seasons Tower, Suite 1100
9  1441 Brickell Avenue
10 Miami, FL 33131
   E-mail: swakshlag@kennynachwalter.com
11 Phone: (305) 373-1000
12 Fax: (305) 372-1861
   *Attorneys for Defendant*
13 WAYNE HUIZENGA

1   IT IS HEREBY ORDERED THAT Defendants' deadline to respond to
2   Plaintiff Carr's Complaint is extended due to the continued effects of hurricane
3   damage in Florida causing closure of the offices of Defendant AutoNation, Inc. and
4   of counsel for individual Defendant Wayne Huizenga.
5   Defendants' new response deadline is September 20, 2017.

7   DATED: 9/14/2017            /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
8                               UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER RE FOURTH JOINT STIPULATION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT**