Kevin A. James, SBN 285302
Becker Nelson Center & James
263 Main Street, Level 2
Placerville, CA 95667
Email: kevin@kajameslaw.com
Telephone: (530) 295-6400
Fax: (530) 295-6408

Meghan K. Woodsome, SBN 272459
Reicker, Pfau, Pyle & McRoy LLP
1420 State Street Suite B
Santa Barbara, CA 93102-1470
Email: mwoodsome@rppmh.com
Telephone: (805) 966-2440
Fax: (805) 966-3320

*Attorneys for Plaintiff*
JAMES CARR

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARR, an individual,<br>　　　　　　　　　Plaintiff,<br>　　vs.<br><br>AUTONATION, INC., a Delaware corporation;<br>JEFFREY DAVIS, an individual;<br>WAYNE HUIZENGA, an individual;<br>LKQ CORPORATION, a Delaware corporation; and DOES 1-25,<br>　　　　　　　　　Defendants. | Case No. 2:17-cv-01539-JAM-AC<br>The Honorable John A. Mendez<br><br>[~~PROPOSED~~] ORDER AND JUDGMENT |

1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

Plaintiff James Carr's Complaint is dismissed with prejudice. Judgment is entered in favor of Defendants. Plaintiff shall take and recover nothing in this action from Defendants.

DATED: *February 22, 2019*

*[signature]*

Hon. John A. Mendez